# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| NICKSON JOSEPH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI JESUP,<br><br>Respondent. | 2:25-cv-152 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's converted Motion for Summary Judgement, dismiss Petitioner Nickson Joseph's ("Joseph") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and deny as moot Joseph's Motions for Injunctive Relief and for Medical Intervention and Protection. Dkt. No. 18. Joseph did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable. Dkt. No. 19 at 9.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error.”). I **GRANT** Respondent’s converted Motion for Summary Judgement, **DISMISS** Joseph’s § 2241 Petition, and **DENY as moot** Joseph’s Motions for Injunctive Relief and for Medical Intervention and Protection. Dkt. Nos. 1, 3, 4, 11. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Joseph *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA